LAFAYETTE L. LONG, Appellant, *v.* JOHN RICHMOND, Respondent.

(Submitted October 5, 1903; decided October 13, 1903.)

Motion for reargument denied, with ten dollars costs. (See 175 N. Y. 495.)

---

BERNARD WELLE, Appellant, *v.* THE CELLULOID COMPANY, Respondent.

(Submitted October 5, 1903; decided October 13, 1903.)

Motion for reargument denied, with ten dollars costs. (See 175 N. Y. 401.)

---

CHARLOTTE Y. ACKERMAN, Appellant and Respondent, *v.* CLARENCE F. TRUE, Respondent and Appellant.

(Submitted October 5, 1903; decided October 13, 1903.)

Motion for reargument denied, with ten dollars costs. (See 175 N. Y. 353.)

---

HORACE RUSSELL et al., as Executors and Trustees under the Will of HENRY HILTON, Deceased, Appellants and Respondents, *v.* EDWARD B. HILTON et al., Respondents.

ALBERT B. HILTON et al., Appellants; HELEN HILTON et al., Respondents and Appellants.

(Submitted October 5, 1903; decided October 13, 1903.)

Motion for reargument denied, with ten dollars costs. (See 175 N. Y. 525.)